UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| WENDELL DEAN ALLEN, | ) CV 13-06201-BRO (SH) |
| Plaintiff, | ) ORDER ACCEPTING<br>) REPORT AND RECOMMENDATION<br>) OF UNITED STATES MAGISTRATE<br>) JUDGE |
| v. | ) |
| CAROLYN W. COLVIN COMM.<br>Social Security Administration, | ) |
| Defendant, | ) |

    Pursuant to 28 U.S.C. §636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

    IT IS ORDERED that (1) the Report and Recommendation is approved and accepting as the Fact and Conclusions of Law herein; and (2) the Motion to Dismiss is granted and plaintiff's Complaint is dismissed without leave to amend.

1    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment by United States mail on the plaintiff and on the United States Attorney for the Central District of California.

DATED: March 10, 2014

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE