JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| WENDELL DEAN ALLEN, | ) CV 13-06201-BRO (SH) |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| CAROLYN COLVIN,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the Motion to Dismiss is granted and the Complaint is dismissed without leave to amend.

DATED: March 10, 2014

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE